UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

June 2, 2011

No. 10-3539

Dr. Karen Malleus, Appellant

v.

Dr. John J. George, et al.

(E.D. Pa. No. 10-cv-01357)

Present:        FISHER, JORDAN and COWEN, Circuit Judges

1.        Motion by Appellees to amend the opinion.

Respectfully,

Clerk/tyw

_____ORDER_____
The foregoing motion is granted.

By the Court,


*/s/ D. Michael Fisher*
Circuit Judge


Dated:        June 6, 2011
tyw/cc:        Andrea C. Farney, Esq.
               Sharon R. Lopez, Esq.
               Paul J. Cianci, Esq.
               Michael I. Levin, Esq.
               Leonard G. Brown, III, Esq.